FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 17 2011

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02765-BNB

MICHAEL J. O'DRISCOLL,

    Applicant,

v.

BLAKE R. DAVIS, Warden, ADX,

    Respondent,

## ORDER OF DISMISSAL

Applicant, Michael J. O'Driscoll, is in the custody of the United States Bureau of Prisons (BOP). He is incarcerated currently at the ADX in Florence, Colorado. Mr. O'Driscoll initiated this action by filing *pro se* an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. He paid the $5.00 filing fee required in a habeas corpus action on December 7, 2010. Magistrate Judge Boyd N. Boland thereafter reviewed the Application pursuant to D.C.COLO.LCivR 8.2C and determined that Mr. O'Driscoll's claim arises under the federal civil rights laws and is not cognizable under 28 U.S.C. § 2241. Accordingly, Magistrate Judge Boland directed Mr. O'Driscoll in an Order entered December 10, 2010, to file a Prisoner Complaint pursuant to 28 U.S.C. § 1331 and *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971), if he wished to pursue this action. The reasons for the directive are set forth in detail in the December 10 Order.

Mr. O'Driscoll filed a Motion for Reconsideration of the December 10 Order. Magistrate Judge Boland issued an Order Denying the Motion for Reconsideration on January 10, 2011. The bases for denial are set forth in detail in the January 10 Order. Magistrate Judge Boland also granted Mr. O'Driscoll an extension of time to comply with the December 10 Order. Accordingly, Mr. O'Driscoll was required, on or before February 10, 2011, to: (1) assert his claim pursuant to 28 U.S.C. § 1331 and *Bivens* on the court-approved Prisoner Complaint form; and, (2) satisfy the $350.00 filing fee requirement by (a) submitting a Prisoner's Motion and Affidavit for Leave to Proceed under 28 U.S.C. § 1915, along with a certified copy of his prisoner's trust fund statement for the 6-month period immediately preceding his filing, or (b) paying the remainder of the filing fee ($345) applicable to a civil rights complaint. Mr. O'Driscoll was warned that if he failed to file a Prisoner Complaint and to satisfy the $350.00 filing fee requirement (by one of the methods discussed above) by the court-ordered deadline the application and this action would be dismissed without prejudice and without further notice.

Mr. O'Driscoll has not filed a Prisoner Complaint, nor has he submitted a Prisoner's Motion and Affidavit for Leave to Proceed under 28 U.S.C. § 1915 or paid the remainder of the filing fee ($345) applicable to civil actions other than habeas corpus cases. *See* 28 U.S.C. § 1914. Accordingly, it is

ORDERED that this action is dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for the failure of Applicant, Michael O'Driscoll, to to comply with the orders dated December 10, 2010 and January 10, 2011.

DATED at Denver, Colorado, this __17th__ day of __February__, 2011.

BY THE COURT:


__s/Lewis T. Babcock__
LEWIS T. BABCOCK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-02765-LTB

Michael J. O'Driscoll
Reg. No. 04221-016
USP ADXMAX
P.O. Box 8500
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER and JUDGMENT** to the above-named individuals on February 17, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk